# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JOHN H. SZEWCZYK,

    Petitioner,                                         CASE NO. 2:11-CV-786
                                                        CRIM. NO. 2:10-CR-91
    v.                                                           JUDGE GEORGE C. SMITH
                                                         MAGISTRATE JUDGE KEMP

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

On March 12, 2013, the Magistrate Judge issued a Report and Recommendation recommending that the Court deny the pending motion to dismiss (Doc. 39) and direct the United States to file a return within sixty days, with petitioner having the right to reply within thirty days thereafter.  No objections have been filed.  The Report and Recommendation (Doc. 42) is therefore **ADOPTED AND AFFIRMED**.  The motion to dismiss is **DENIED**.  The United States shall file a response to petitioner's motion to vacate within sixty days.  Petitioner may reply within thirty days thereafter.  The Court reaffirms the finding that by filing his motion and raising a claim of ineffective assistance of counsel, petitioner has waived the attorney-client privilege with respect to communications with his attorney related to that claim.

    **IT IS SO ORDERED.**


                                                                          */s/ George C. Smith*
                                                                          George C. Smith
                                                                          United States District Judge